Eastern District of Kentucky
**FILED**

AUG 1 2 2014

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| SARAH ELIZAHBETH BOYD,<br><br>Plaintiff,<br><br>V.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL ACTION NO. 7:13-CV-60-KKC<br><br><br>**JUDGMENT** |

*** *** ***

In accordance with the Opinion and Order entered contemporaneously with this judgment, the Court hereby **ORDERS** that:

(1) Plaintiff's motion for summary judgment (DE 15) is **DENIED**;

(2) Defendant's motion for summary judgment (DE 12) is **GRANTED**;

(3) The decision of the Commissioner is **AFFIRMED;**

(4) This action is **STRICKEN** from the active docket of this Court; and

(5) this Judgment is **FINAL** and **APPEALABLE**.

This 12th day of August, 2014.



Signed By:
Karen K. Caldwell
United States District Judge